IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08-*101* |
| | ) |
| BRANDON WIGGINS, | ) |
| | ) |
| Defendant. | ) |

### INDICTMENT   REDACTED

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about June 13, 2008, in the State and District of Delaware, BRANDON WIGGINS, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm; that is, a black, Airweight Smith & Wesson .38 Special, model 38-3, 5-shot revolver, bearing serial number CCA2885, after having been convicted on or about January 14, 2008, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, defendant BRANDON WIGGINS shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited

to the following:

    a black, Airweight Smith & Wesson .38 Special, model 38-3, 5-shot revolver, bearing serial number CCA2885 and five (5) live RP .38 Special rounds.

                              A TRUE BILL:

                              _____

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Edward J. McAndrew
Assistant United States Attorney

Dated: July 10, 2008