IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No.  08-101-SLR |
| | : | |
| BRANDON WIGGINS, | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR STATUS CONFERENCE**

     The United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Edward J. McAndrew, Assistant United States Attorney for the District of Delaware, hereby respectfully moves the Court to schedule a status conference in the this matter.  In support of this Motion, the Government states as follows:

     1.     On July 10, 2008, the grand jury returned a one-count indictment charging Defendant with possession of a firearm subsequent to a felony conviction, in violation of Title 18, United States Code, Section 922(g)(1).

     2.     On July 31, 2008, the Court held an arraignment on this indictment, at which Defendant entered a plea of not guilty.  The Court entered an Order setting a pretrial motions deadline of August 14, 2008.

     3.     Defendant has not filed any pretrial motions.

     4.     The Government respectfully requests that the Court schedule a status conference so that the Court can set a trial date and deadlines for all other pretrial matters.

           Respectfully submitted,

           COLM F. CONNOLLY
           United States Attorney


By:   /s/ Edward J. McAndrew
      Edward J. McAndrew
      Assistant United States Attorney
      United States Attorney's Office
      1007 Orange Street
      Suite 700
      Wilmington, Delaware 19899-2046
      (302) 573-6227
      Ed.mcandrew@usdoj.gov

Dated:   August 14, 2008

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-101-SLR |
| BRANDON WIGGINS, | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, on August 14, 2008, the United States of America moved this Court to schedule a status conference in this matter so that a trial date and all other pretrial deadlines could be scheduled;

ORDERED, ADJUDGED AND DECREED THAT:

a status conference is scheduled for ___ o'clock, on _____, 2008.

Dated: August ___, 2008

_____
Honorable Sue L. Robinson
United States District Judge